1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant HARTMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No.   CR-10-00600-DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATED REQUEST TO CONTINUE |
| v. | ) | SENTENCING HEARING DATE TO |
| | ) | JANUARY 28, 2011 AND ORDER |
| JASON HARTMAN, | ) | |
| | ) | Hearing Date: January 14, 2011 |
| Defendant. | ) | Time:            10:00 a.m. |
| | ) | |

The above-captioned matter is set on January 14, 2011 before this Court for a sentencing hearing. The parties jointly request that the Court continue this matter to January 28, 2011 at 10:00 a.m. so that the parties have sufficient time to prepare sentencing materials for the Court.

On August 6, 2010, the United States Attorney filed an Information charging Jason Hartman with the interstate transportation of stolen goods, in violation of 18 U.S.C. § 2314. Mr. Hartman faces a statutory maximum sentence of 10 years imprisonment. On August 27, 2010, Mr. Hartman entered into a guilty plea to the Information pursuant to a plea agreement with the government, and the Court referred this matter to the Probation Office for a full pre-sentence investigation. The Court set this matter for sentencing on January 14, 2011.

The reason for this continuance is that both counsel for Mr. Hartman and counsel for the

Stip. Req. To Continue Sentencing Hearing Date,
CR-10-00600-DLJ

1  government will be out of town and unavailable the week before the scheduled sentencing
2  hearing. For this reason, the parties will need additional time to prepare sentencing materials for
3  the Court. Counsel for Mr. Hartman conferred with the United States Probation Office and with
4  the United States Attorney assigned to this case. The parties are all available on January 28,
5  2011 and jointly request that the Court continue this matter to that date for sentencing. Mr.
6  Hartman is also in agreement with this continuance.
7     Because this is a sentencing stipulation and because Mr. Hartman has already pleaded
8  guilty, the parties further agree that the Speedy Trial Act does not apply.
9
10 DATED: December 20, 2010                              /S/
                                                MICHELLE J. KANE
11                                              Assistant United States Attorney
12
13 DATED: December 20, 2010                              /S/
                                                ANGELA M. HANSEN
14                                              Assistant Federal Public Defender

# ORDER

Based on the reasons provided in the stipulation of the parties above, and for good cause, it is ordered that the sentencing hearing date of January 14, 2011 is continued to January 28, 2011, at 10:00 a.m.

December 22, 2010

_____
D. LOWELL JENSEN
Senior United States District Judge